FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant Holder Construction Group, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONNY GUBBINE,<br><br>    Plaintiff,<br><br>v.<br><br>HOLDER CONSTRUCTION GROUP,<br>LLC, a Georgia Limited Liability Company;<br>TEG STAFFING, INC. d/b/a EASTRIDGE<br>WORKFORCE SOLUTIONS, a California<br>Corporation; DOES I-X; ROE BUSINESS<br>ENTITIES I-X,<br><br>    Defendants.<br>_____ | Case No. 2:21-cv-02078-JAD-EJY<br><br>**STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>FOR DEFENDANT HOLDER<br>CONSTRUCTION TO RESPOND<br>TO COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, Holder Construction Group, LLC, will have additional time up to and including December 23, 2021 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Holder's defense counsel had a death in the family on November 30 and otherwise needs additional time to investigate and review the case.

*FISHER & PHILLIPS LLP*
*300 S. Fourth Street, Suite 1500*
*Las Vegas, Nevada 89101*

This is the first request made to this Court for an extension of this deadline.

KEMP & KEMP                                FISHER & PHILLIPS LLP


By: /s/ James P. Kemp, Esq.                By: /s/ Scott M. Mahoney, Esq.
    7435 W. Azure Dr.                          300 South Fourth Street #1500
    Suite 110                                  Las Vegas, Nevada 89101
    Las Vegas, Nevada 89130                    Attorneys for Defendant
    Attorneys for Plaintiff

IT IS SO ORDERED:


UNITED STATES MAGISTRATE JUDGE

Dated:  December 2, 2021

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28