ROGER L. GRANDGENETT II, ESQ., Bar No. 6323
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: rgrandgenett@littler.com
           ekim@littler.com

*Attorneys for Defendant*
TEG STAFFING, INC. d/b/a EASTRIDGE WORKFORCE SOLUTIONS

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONNY GUBBINE,<br><br>    Plaintiff,<br><br>v.<br><br>HOLDER CONSTRUCTION GROUP, LLC, a Georgia Limited Liability Company; TEG STAFFING, INC. d/b/a EASTRIDGE WORKFORCE SOLUTIONS, a California Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>    Defendants. | Case No. 2:21-CV-02078-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TEG STAFFING, INC. D/B/A EASTRIDGE WORKFORCE SOLUTIONS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff SONNY GUBBINE ("Plaintiff") and Defendant TEG STAFFING, INC. d/b/a EASTRIDGE WORKFORCE SOLUTIONS ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of December 3, 2021, up to and including **December 10, 2021**. The Parties agree that Defendant needs additional time to prepare its responsive pleading.

/ / /

/ / /

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: December 3, 2021

Respectfully submitted,

*/s/ James P. Kemp*
JAMES P. KEMP, ESQ.
KEMP & KEMP

*Attorneys for Plaintiff*
SONNY GUBBINE

Dated: December 3, 2021

Respectfully Submitted,

*/s/ Emil S. Kim*
ROGER L. GRANDGENETT II, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
TEG STAFFING, INC. D/B/A EASTRIDGE WORKFORCE SOLUTION

**IT IS SO ORDERED.**

Dated: December 3, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4871-1587-4565.1 / 062338-1042

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2