FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant Holder Construction Group, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONNY GUBBINE, | Case No. 2:21-cv-02078-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT HOLDER CONSTRUCTION TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| HOLDER CONSTRUCTION GROUP, LLC, a Georgia Limited Liability Company; TEG STAFFING, INC. d/b/a EASTRIDGE WORKFORCE SOLUTIONS, a California Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, Holder Construction Group, LLC, will have additional time up to and including January 7, 2022 to answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 17).  Because of the holidays and changes from the original pleading, defense counsel additional time to investigate and review the case. This is the first request for an extension regarding the First Amended Complaint

*FISHER & PHILLIPS LLP*
*300 S. Fourth Street, Suite 1500*
*Las Vegas, Nevada 89101*

FP 42668911.1

1   (although the second request of this Court regarding all pleadings filed by Plaintiff).

2   KEMP & KEMP                              FISHER & PHILLIPS LLP

3

4   By: _/s/_ James P. Kemp, Esq.            By: _/s/_ Scott M. Mahoney, Esq.
        7435 W. Azure Dr.                        300 South Fourth Street #1500
5       Suite 110                                Las Vegas, Nevada 89101
        Las Vegas, Nevada 89130                  Attorneys for Defendant
6       Attorneys for Plaintiff

7                                            IT IS SO ORDERED:

8

9                                            _____
                                             UNITED STATES MAGISTRATE JUDGE
10

11                                           Dated:  December 27, 2021

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 42668911.1