FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorneys for Defendant Holder Construction Group, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONNY GUBBINE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOLDER CONSTRUCTION GROUP, LLC, a Georgia Limited Liability Company; TEG STAFFING, INC. d/b/a EASTRIDGE WORKFORCE SOLUTIONS, a California Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>　　　　Defendants. | Case No. 2:21-cv-02078-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br>　　　　**(Sixth Request)** |

　　　The parties, by and through their respective counsel, hereby stipulate to extend the Scheduling Order deadlines in this case as follows:

| | |
|---|---|
| Discovery Deadline | October 27, 2023 |
| Dispositive Motion Deadline | November 27, 2023 |
| Joint Pretrial Order | December 27, 2023, or 30 days from the ruling on a dispositive motion |

　　　This is the sixth request for an extension of these deadlines.  The parties provide the following information about the proposed discovery deadline extension.

///

///

- 1 –

FP 47685209.1

*Discovery Completed to Date*

The parties have served their Initial Disclosures and supplements thereto. Defendant has served interrogatories and a request for production and Plaintiff has responded. Defendant has subpoenaed and received documents from TEG Staffing and several medical care providers. Plaintiff was deposed on February 10, 2023. A Rule 30(b)(6) deposition for TEG has occurred.

*Remaining Discovery to Be Completed*

The depositions of current and former employees of Defendants and other third-party witnesses, a Rule 30(b)(6) deposition of Holder Construction Group, LLC, as well as further written discovery.

*Reasons Discovery Could Not Be Completed Within the Existing Deadline*

Defense counsel was recently in the hospital for 11 days and is recuperating and receiving ongoing therapy at home, working only a limited part-time schedule at the present.

*Proposed Dates for Completion of Discovery*

The parties believe they will be able to complete discovery by the proposed new date of October 27, 2023.

| KEMP & KEMP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ James P. Kemp, Esq.<br>7435 W. Azure Dr., Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street #1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

Dated: July 14, 2023

FP 47685209.1