FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant Holder Construction Group, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONNY GUBBINE, | Case No. 2:21-cv-02078-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES** |
| v. | **(Eighth Request)** |
| HOLDER CONSTRUCTION GROUP, LLC, a Georgia Limited Liability Company; TEG STAFFING, INC. d/b/a EASTRIDGE WORKFORCE SOLUTIONS, a California Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate to extend the Scheduling Order deadlines in this case as follows:

| | |
|---|---|
| Discovery Deadline | January 19, 2024 |
| Dispositive Motion Deadline | February 19, 2024 |
| Joint Pretrial Order | March 20, 2024, or 30 days from the ruling on a dispositive motion |

This is the eighth request for an extension of these deadlines. The parties provide the following information about the proposed discovery deadline extension.

///

///

FP 48413113.1

- 2 –

### *Discovery Completed to Date*

The parties have served their Initial Disclosures and supplements thereto. Defendant has served interrogatories and a request for production and Plaintiff has responded. Defendant has subpoenaed and received documents from TEG Staffing and several medical care providers. Plaintiff subpoenaed additional documents from TEG. Plaintiff has been deposed. Victor Aldana of TEG has been deposed. A Rule 30(b)(6) deposition for TEG has occurred. A Rule 30(b)(6) deposition of Defendant is currently scheduled for December 5, 2023.

### *Remaining Discovery to Be Completed*

The completion of the Rule 30(b)(6) deposition of Defendant, and the depositions of James McCain, David Meeh and Dave Enzor, as well as possible further written discovery.

### *Reasons Discovery Could Not Be Completed Within the Existing Deadline*

Defense counsel is still on a reduced work schedule due to medical issues. The three individuals mentioned above are being subpoenaed for the week of December 19, 2023, efforts to secure their voluntary appearance thus far being unsuccessful. A discovery extension to January 19, 2024 is sought in case there are any issues with service of process or the deponents have scheduling issues.

///
///
///
///
///
///
///
///
///

FP 48413113.1

*Proposed Dates for Completion of Discovery*

The parties believe they will be able to complete discovery by the proposed new date of January 19, 2024.

| KEMP & KEMP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ James P. Kemp, Esq. | By: /s/ Scott M. Mahoney, Esq. |
| 7435 W. Azure Dr., Suite 110 | 300 South Fourth Street #1500 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**IT IS SO ORDERED:**

_____
U.S. MAGISTRATE JUDGE

Dated: November 22, 2023

- 3 –

FP 48413113.1