FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant Holder Construction Group, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONNY GUBBINE, | Case No. 2:21-cv-02078-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE MOTION FOR SUMMARY JUDGMENT HEARING** |
| v. | |
| HOLDER CONSTRUCTION GROUP, LLC, a Georgia Limited Liability Company; TEG STAFFING, INC. d/b/a EASTRIDGE WORKFORCE SOLUTIONS, a California Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X, | **(First Request)** |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate to reschedule the Motion for Summary Judgment Hearing previously scheduled in the Court's Notice (ECF No. 51) for May 13, 2024 to be held May 20, 2024:

KEMP & KEMP                                   FISHER & PHILLIPS LLP


By: /s/ James P. Kemp, Esq.                   By: /s/ Scott M. Mahoney, Esq.
   7435 W. Azure Dr., Suite 110                  300 South Fourth Street #1500
   Las Vegas, Nevada 89130                       Las Vegas, Nevada 89101
   Attorneys for Plaintiff                       Attorneys for Defendant

**IT IS SO ORDERED:**

_____
DISTRICT JUDGE

Dated: 4-2-24

FP 50189945.1