FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant Holder Construction Group, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SONNY GUBBINE,<br><br>    Plaintiff,<br><br>v.<br><br>HOLDER CONSTRUCTION GROUP, LLC, a Georgia Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES I-X.<br><br>    Defendants. | Case No. 2:21-cv-02078-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)**<br><br>[ECF No. 57] |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel that Defendant will have up to and including May 6, 2024 to reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 56). This is the first request for an extension of this deadline. Defense counsel needs additional time because of the breadth of the opposition and because of activities and deadlines in other matters. Defendant's Motion for Summary Judgment (ECF No. 49) was filed March 20, 2024.

| KEMP & KEMP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ James P. Kemp, Esq.<br>   7435 W. Azure Dr., Suite 110<br>   Las Vegas, Nevada 89130<br>   Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>   300 South Fourth Street #1500<br>   Las Vegas, Nevada 89101<br>   Attorneys for Defendant |

**IT IS SO ORDERED:**

_____
U.S. DISTRICT JUDGE

Dated: April 29, 2024

– 1 –

FP 50437753.1