FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorneys for Defendant Holder Construction Group, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONNY GUBBINE, | Case No. 2:21-cv-02078-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| HOLDER CONSTRUCTION GROUP, LLC, a Georgia Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES I-X. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel that this matter be dismissed with prejudice with each party to bear their own costs and attorney's fees.

| KEMP & KEMP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ James P. Kemp, Esq.<br>7435 W. Azure Dr., Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street #1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

### ORDER

Based on the parties' stipulation [ECF No. 69] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  All obligations are deemed discharged.  **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 4, 2024